PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

---

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number: 2:04CR00373-02** |
| ) | |
| **Cassandra FARR** ) | |
| ) | |

On April 27, 2006, the above-named was placed on supervised release for a period of three months. She has complied with the rules and regulations of supervision. It is accordingly recommended that she be discharged from supervision.

Respectfully submitted,

/s/   Kris M. Miura

**KRIS M. MIURA
United States Probation Officer**

Dated:     October 18, 2006
           Sacramento, California


**REVIEWED BY:**     /s/   Kyriacos M. Simonidis
           **KYRIACOS M. SIMONIDIS
           Supervising United States Probation Officer**

Rev. 05/2006
EARLY TERMINATION ~ ORDER (PROB35).MRG

Re:     Cassandra FARR
        Docket Number:   2:04CR00373-02
        **ORDER TERMINATING SUPERVISED RELEASE**
        **PRIOR TO EXPIRATION DATE**

---

## ORDER OF COURT

Having carefully considered the recommendation of the probation officer, as well as the contents of the letter written by Ms. Farr to the court, the court is prepared to follow probation's recommendation, with the following comments.  The court notes Ms. Farr's need for transportation; while the court is not in a position to assist Ms. Farr, it remains hopeful that she will be able to solve her transportation issues by virtue of her own resourcefulness.  The court also notes Ms. Farr's plans for her future; while Ms. Farr herself is in the best position to know how to move forward with those plans, given Ms. Farr's interest in parenting of her own children and in the future of foster children, the court would like her to know of a program she may wish to investigate.  The program is called Celebration of Self, with classes held every Tuesday from 5:30-7:30 p.m. at 1900 T St. in Sacramento; the facilitators are J. Thelma Bennett and Rachelle James, who can be reached at 916-424-4933.

Accordingly, for the reasons set forth above, it is ordered that Cassandra Farr be discharged from supervised release, and that the proceedings in the case be terminated.

Dated:  October 25, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

KMM:jz

Attachment:   Recommendation
cc:     United States Attorney's Office
        FLU Unit, AUSA's Office
        Fiscal Clerk, Clerk's Office

Rev. 05/2006
EARLY TERMINATION ~ ORDER (PROB35).MRG